IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JEFF WILCOSKY                                                                           PLAINTIFF

VS.                                             CASE NO. 07-CV-1100

SWIFT TRANSPORTATION CORP.;
SOUTHEAST TRUCK AND TRAILER
REPAIR; MAX WOODS; ASHLEY
COUNTY SHERIFF JAMES ROBINSON,
in his Individual Capacity; MICHAEL
VORHEASE, in his Individual Capacity;
JOHN DOE; and JANE DOE                                                      DEFENDANTS

## ORDER

Before the Court is Defendant Swift Transportation Corp.'s Motion to Withdraw as Counsel of Record. (Doc. No. 71). In the motion, Defendant states that Ryan W. Green is no longer associated with the law firm of Littler Mendelson, P.C. and requests an order allowing Mr. Green to withdraw as attorney for Defendant Swift Transportation Corp. in the above styled and numbered case. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Attorney Ryan W. Green is hereby relieved as attorney of record for the Defendant in this matter. Eva C. Madison of the law firm of Littler Mendelson, P.C. will remain as attorney of record for Defendant Swift Transportation Corp.

IT IS SO ORDERED, this 23rd day of October, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge