IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JEFF WILCOSKY                                                              PLAINTIFF

VS.                                    CASE NO. 07-CV-1100

SWIFT TRANSPORTATION CORP.;
SOUTHEAST TRUCK AND TRAILER
REPAIR; MAX WOODS; ASHLEY
COUNTY SHERIFF JAMES ROBINSON,
in his Individual Capacity; MICHAEL
VORHEASE, in his Individual Capacity;
JOHN DOE; and JANE DOE                                                DEFENDANTS

## **ORDER**

The above styled and numbered cause is scheduled for trial on March 8, 2010. Counsel for Defendants Michael Vorhease and Ashley County Sheriff James Robinson has advised the court that the claims against these two defendants have been resolved through settlement. It is therefore ordered that Plaintiff's claims against separate Defendants Michael Vorhease and Ashley County Sheriff James Robinson are hereby **dismissed with prejudice**. The court retains jurisdiction to vacate this order and to reopen this matter upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 2nd day of February, 2010.

                                                       /s/Harry F. Barnes
                                                     Hon. Harry F. Barnes
                                                     United States District Judge